Attorneys for Plaintiff(s), JESSIE FOLSOM as Administrator for the Estate of
JULIE COLBERT, and JESSIE FOLSOM, Individually

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Index No.: 06-4070 CRB** <br><br> **MDL NO. 1699** <br> **District Judge:  Charles R. Breyer** |
| JESSIE FOLSOM as Administrator for the Estate of JULIE COLBERT, and JESSIE FOLSOM, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> Pfizer, Inc., et al. <br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), JESSIE FOLSOM as Administrator for the Estate of JULIE COLBERT, and JESSIE FOLSOM, Individually, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 7/31, 2009       By: _____
                            Michael A. London
                            Douglas & London, P.C.
                            111 John Street, Suite 1400
                            New York, NY  10038
                            Telephone:  (212) 566-7500
                            Facsimile:  (212) 566-7501
                            Attorneys for Plaintiff(s), JESSIE FOLSOM
                            as Administrator for the Estate of
                            JULIE COLBERT, and JESSIE FOLSOM, Individually

DATED: Oct. 21, 2009     By: _____
                            DLA PIPER LLP (US)
                            1251 Avenue of the Americas
                            New York, NY 10020
                            Telephone: (212) 335-4500
                            Facsimile: (212) 335-4501
                            Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 2 8 2009      _____
                            Hon. Charles R. Breyer
                            United States District Court

-1-